UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MAYBLE WINDFIELD,<br>Plaintiff<br><br>v.<br><br>SOUTHWEST CREDIT<br>SYSTEMS L.P.,<br>Defendant | § § § § § § § § § Case Number 3:18-cv-00388-B |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Mayble Windfield, and Defendant, Southwest Credit Systems, L.P., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: 9/7/18

JUDGE PRESIDING
Jane J. Boyle